FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants
Ladah Law Firm and Ramzy Ladah

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA SLOAN, an individual; | Case No. 2:19-cv-01343-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| LADAH LAW FIRM PLLC; and RAMZY LADAH; | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Ladah Law Firm, will have an extension of time up to and including October 18, 2019 to answer or otherwise respond to Plaintiff's Complaint, as counsel needs additional time to prepare a response due to a vacation and events and deadlines in other matters. This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:_____/s/_____<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:_____/s/_____<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2019

- 1 –

FP 36206753.1