JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LUCIA SLOAN, on behalf of herself and those similarly situated persons,

Plaintiffs,

vs.

LADAH LAW FIRM PLLC, and RAMZY LADAH, an individual,

Defendants.

Case No.: 2:19-cv-01343-JAD-VCF

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS/MOTION TO COMPEL ARBITRATION AT ECF NO. 6**

**(FIRST REQUEST)**

**ORDER**

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to response to Defendants' Motion to Dismiss/Compel Arbitration at ECF No. 6 from the current due date of Thursday, October 2019, through and including Friday, November 15, 2019. This is the first request for an extension of this deadline. The parties provide the following information to the Court regarding the proposed extension of time:

Plaintiff's counsel has two motion replies due on October 31, 2019, the same day as the current deadline in this matter. Plaintiff's counsel has/is experiencing a heavy workload including,

1

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL. (702) 258-1183 ♦ FAX (702) 258-6983

but not limited to, drafting a Ninth Circuit Reply Brief, preparing and taking three depositions, drafting three sets of initial disclosures, drafting a Nevada Supreme Court Settlement Brief, responding to discovery requests, numerous client meetings, preparing two clients for deposition, and depositions scheduled, drafting a Nevada Supreme Court settlement conference brief, drafting an Early Neutral Evaluation brief, court appearances and numerous client meetings. In addition, Nevada Day occurred within the time period for which Plaintiff's counsel had family plans, as well as having a more than half-day personal appointment that could not be rescheduled without having to wait several more months for another.

Defense counsel requested that the response deadline be moved until November 15, 2019 to best accommodate his schedule and heavy workload so he will have adequate time to prepare Defendants' reply.

This stipulation to extend the deadline is made in good faith and not the purposes of delay.

| | |
|---|---|
| Respectfully submitted the 29th day of October, 2019 | Respectfully submitted the 29th day of October, 2019 |
| KEMP & KEMP | FISHER & PHILLIPS LLP |
| /s/ Victoria L. Neal, Esq. | /s/ Scott M. Mahoney, Esq. |
| JAMES P. KEMP, ESQ. <br> VICTORIA L. NEAL, ESQ. <br> KEMP & KEMP | SCOTT M. MAHONEY, ESQ. <br> FISHER & PHILLIPS LLP |
| Attorneys for Plaintiffs | Attorney for Defendants |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 30, 2019.