FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants
Ladah Law Firm and Ramzy Ladah

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA SLOAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LADAH LAW FIRM PLLC; and RAMZY LADAH;<br><br>Defendants. | Case No. 2:19-cv-01343-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including December 6, 2019 to file a reply to Plaintiff's Opposition to Motion to Dismiss Class/Collective Actions and Compel Arbitration of Plaintiff's Individual Claims (ECF No. 11). Defendants' Motion to Dismiss Class Collective Actions and Compel the Arbitration of Plaintiff's Individual Claims (ECF No. 6) was filed October 17, 2019. Among other things, defense counsel had Early Neutral Evaluations on November 14 and 15 and has a Petition for Permission to File Appeal due to the Ninth Circuit by Thanksgiving, such that defense counsel cannot devote sufficient attention to the reply until after the

- 1 -

FP 36559496.1

holidays. This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Victoria L. Neal, Esq. |
| 300 S. Fourth Street #1500 | 7435 W. Azure Drive #110 |
| Las Vegas. NV 89101 | Las Vegas, NV 89130 |
| Attorney for Defendants | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 19, 2019.