# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LUCIA SLOAN,<br><br>        Plaintiff,<br><br>vs.<br><br>LADAH LAW FIRM PLLC, and RAMZY LADAH,<br><br>        Defendants. | 2:19-cv-01343-JAD-VCF<br>**ORDER** |

Before the court is Plaintiff's Proposed Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(e) (ECF NO. 14).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Proposed Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(e) (ECF NO. 14) is scheduled for 10:00 AM, December 10, 2019, in Courtroom 3D.

DATED this 3rd day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE