FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendants
Ladah Law Firm and Ramzy Ladah

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA SLOAN, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>LADAH LAW FIRM PLLC; and RAMZY LADAH;<br><br>    Defendants. | Case No. 2:19-cv-01343-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that they will have an extension of time up to and including January 6, 2020 to file a Joint Discovery Plan and Scheduling Order in accordance with ECF No. 18. A proposed document has been exchanged, but a few additional days past the New Year's holiday will give the parties further time to narrow their differences and/or other submit different options to the Court regarding any disputed items. This is the first request for

- 1 -

FP 36817593.1

an extension of this deadline.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By: /s/ <br> Scott M. Mahoney, Esq. <br> 300 S. Fourth Street #1500 <br> Las Vegas. NV 89101 <br> Attorney for Defendants | By: /s/ <br> Victoria L. Neal, Esq. <br> 7435 W. Azure Drive #110 <br> Las Vegas, NV 89130 <br> Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 12-31-2019

FP 36817593.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101