# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LUCIA SLOAN,<br><br>        Plaintiff,<br><br>vs.<br><br>LADAH LAW FIRM PLLC; and RAMZY LADAH,<br><br>        Defendants. | 2:19-cv-1343-JAD-VCF<br><br>**ORDER** |

Before the court are Plaintiff and Defendants' Proposed Discovery Plan and Scheduling Orders (ECF Nos. 21 and 22).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff and Defendants' Proposed Discovery Plan and Scheduling Orders (ECF Nos. 21 and 22) is scheduled for 3:00 PM, January 13, 2020, in Courtroom 3D.

DATED this 7th day of January, 2020.

                                              CAM FERENBACH<br>
                                              UNITED STATES MAGISTRATE JUDGE