AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Lucia Sloan,

                Plaintiff,

v.

Ladah Law Firm PLLC and Ramzy Ladah,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:19-cv-01343-JAD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendants against plaintiff dismissing the complaint without prejudice.

 

September 2, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk