FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street #1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA SLOAN, an individual; | Case No.  2:19-cv-01343-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| LADAH LAW FIRM PLLC; and RAMZY LADAH; | ECF Nos. 33, 36, 45 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED that this case be dismissed with prejudice, with each party to bear their own costs and attorney's fees.  All pending motions are withdrawn and the July 29 telephone status conference (ECF No. 44) is vacated.

KEMP & KEMP                                                    FISHER & PHILLIPS LLP


By:  */s/ Victoria L. Neal, Esq.*                          By:   */s/ Scott M. Mahoney, Esq.*
Victoria L. Neal, Esq.                                          Scott M. Mahoney, Esq.
7435 W. Azure Drive #110                                  300 South Fourth Street #1500
Las Vegas, NV 89130                                          Las Vegas, NV  89101
Attorney for Plaintiff                                            Attorneys for Defendant

## ORDER

Based on the parties' stipulation **[ECF No. 45]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF Nos. 33, 36]** are DENIED as moot, and the **7/29/2021 status conference is VACATED.**  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 27, 2021